24917. ROBINSON *v.* THE STATE.

MACINTYRE, J. The defendant was convicted of operating a motor vehicle
    while under the influence of intoxicating liquor. His motion for new
    trial was based solely on the general grounds. The evidence was con-
    flicting, but the record discloses that the evidence for the State, if cred-
    ible, was sufficient to support the verdict, and the jury being the judges
    of the weight of the evidence, this Court can not disturb the judgment
    refusing a new trial.

*Judgment affirmed. Broyles, C. J., and Guerry J., concur.*

DECIDED NOVEMBER 13, 1935.

*Willis Smith,* for plaintiff in error.
*Emmett Smith,* solicitor, contra.